UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: _____

STEPHANIE GUEVARA,

        Plaintiff,

v.

INDEPENDENT LIVING SYSTEMS, LLC,

        Defendant.
_____/

## **NOTICE OF REMOVAL**

        Defendant, INDEPENDENT LIVING SYSTEMS, LLC, through its undersigned counsel and pursuant to 28 U.S.C. §§ 1331, 1441(a), and 1446, hereby removes this action, which is currently pending in the Circuit Court for the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, to the United States District Court for the Southern District of Florida. The removal of this action is based upon the following:

        1.    On May 15, 2017, Plaintiff, STEPHANIE GUEVARA, commenced the instant action in the Circuit Court for the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, Case No. 2017-011618 CA 01 (the "State Action"). On May 18, 2017, Defendant was served with the Complaint filed in the State Action.

        2.    In accordance with 28 U.S.C. §1446(a), true and correct copies of all documents that have been filed in the State Action and served upon Defendants as of the date of filing this Notice of Removal – the Summons and Complaint served on Defendants – are attached hereto as **Exhibit 1.**

3. Plaintiff's Complaint seeks damages for claims arising under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq*. ("FLSA").

4. Generally, any civil case filed in a state court may be removed by a defendant to federal court if the case could have been brought originally in federal court. *See, e.g.*; *Cogdell v. Wyeth*, 366 F.3d 1245, 1248 (11th Cir. 2004); *Joseph v. Nichell's Caribbean Cuisine, Inc.*, 862 F. Supp. 2d 1309, 1311 (S.D. Fla. 2012).

5. Under federal question jurisdiction, the United States District Courts "have jurisdiction over all civil actions arising under the Constitution, treaties or laws of the United States." 28 U.S.C. § 1331. In this action, Plaintiff alleges a claim under the FLSA, arising from Plaintiff's employment with Defendant. The FLSA is a law of the United States. Consequently, the Court has federal question jurisdiction over this action.

6. This Notice of Removal is filed within thirty (30) days after within thirty (30) days of Defendant being served with a Summons and a copy of the Complaint. *See* 28 U.S.C. § 1446(b). Moreover, Defendant has neither filed any pleadings in the State Action nor taken any action whatsoever in the State Action, except to file the instant Notice of Removal.

7. For all of the foregoing reasons, this action may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441(a) and (c).

8. A copy of this Notice of Removal has simultaneously been filed with the Clerk of the Circuit Court for the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, and Defendants have simultaneously given written notice to Plaintiff of the filing of this Notice of Removal as required by 28 U.S.C. § 1446(d). A true and correct copy of Defendant's Notice of Removal to Federal Court, as filed in the State Action, is attached hereto as **Exhibit 2.**

9. Venue is proper in the Southern District of Florida in that the State Action is pending within the jurisdictional confines of this District.

**WHEREFORE**, Defendant hereby removes this case to the United States District Court for the Southern District of Florida.

Dated: June 7, 2017

Respectfully submitted,

**/s/ Richard D. Tuschman**
Richard D. Tuschman, Esq.
Florida Bar No. 907480
E-mail: rtuschman@gtemploymentlawyers.com
E-mail: assistant@gtemploymentlawyers.com
**RICHARD D. TUSCHMAN, P.A.**
8551 W. Sunrise Boulevard, Suite 303
Plantation, Florida 33322
Telephone: (954) 369-1050
Facsimile: (954) 380-8938
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on June 7, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

      **/s/ Richard D. Tuschman**
      Richard D. Tuschman

## SERVICE LIST

J. Freddy Perera, Esq.
**PERERA LAW GROUP. P.A.**
12555 Orange Drive, Suite 268
Davie, Florida 33330
Telephone: (786)485-5232
freddy@pereralaw.com
*Attorneys for Plaintiff*